1111-14

# ELECTRONIC RECORD

COA # 14-13-00454-CR

STYLE: Moses Lopez, Jr. v The State of Texas

COA DISPOSITION: Affirmed

DATE: July 17, 2014    Publish: No

OFFENSE: Aggravated Assault

COUNTY: Harris

TRIAL COURT: 338th District Court

TC CASE #:1352903

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Moses Lopez, Jr. v The State of Texas

CCA # _____

____APPELLANT'S____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

____REFUSED____

DATE: ___November 26 2014___

JUDGE: ___Per Curiam___

CCA Disposition: ____1111-14

DATE: _____

JUDGE: _____

SIGNED: _____        PC: _____

PUBLISH: _____       DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD